# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3676                                                                                      Purchased/Filed: May 9, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT

---

                                            Rita Winrow                                                    Plaintiff

                                              against

                              Louis Public Company Limited, et ano                                     Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

   Jessica Miller   , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   June 1, 2007  , at   2:00 pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case and Complaint on

   Group Voyagers, Inc.  , the Defendant in this action, by delivering to and leaving with   Donna Christie  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,   2   true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service was made pursuant to Section   306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age:  38     Approx. Wt:  145     Approx. Ht:  5'5"  
Color of skin:  White     Hair color:  Blonde     Sex:  F     Other:  

Sworn to before me on this

4th   day of     June, 2007

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704748

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**